AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drell, Dee D. | Western Distric LA, Alexandria | 06/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

515 Murray Street
Alexandria, LA 71309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Member, Board of Directors | Y.M.C.A. of Alexandria, LA |
| 3. | Mmember, Board of Directors | Louisiana Bar Foundatin |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 06/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | |
| 2. | 2011 | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kiwanis Club of Alexandria | 08/11 | Geneva, Switzerland | Kiwanis convention | Partial travel expense for spouse's convention attendance (Registration, travel, hotel) |
| 2. | Louisiana Bar Foundation | 01/20-01/22 | New Orleans, LA | Board Meeting | Travel expense and hotel |
| 3. | Kiwanis International | 12/01-12/03 | Indianapolis, IN | Kiwanis Education Committee Meeting | Airfare expense, hotel, meals |
| 4. | Louisiana Bar Foundation | 04/08-04/09 | New Orleans, LA | Board Meeting | Travel expense and hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 06/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA Savings Bank | Credit Card | K |
| 2. | AT&T | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mineral Interest, Loving Cty , TX(assessed taxable S28,880) | C | Royalty | J | W | | | | | |
| 2. Volunteers of America National Retirement Savings Plan | A | Interest | | | Merged (with line 4) | 08/18/11 | J | | |
| 3. Red River Bank | | None | J | T | | | | | |
| 4. LASERS | | None | K | T | | | | | |
| 5. Pershing Government Acc't (money market) | A | Interest | J | T | | | | | |
| 6. Equitable Variable Life Ins. Co. (See Part VIII) | B | Interest | J | T | | | | | |
| 7. Provident Life & Accident Ins. Co. (See Part VIII) | A | Interest | J | T | | | | | |
| 8. Fairholme Fund | A | Dividend | K | T | | | | | |
| 9. FPA New Income Inc | A | Dividend | J | T | Sold (part) | 06/29/11 | J | A | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 13. Prudential Short-Term Corporate Bond Fund | A | Dividend | J | T | Sold (part) | 04/21/11 | J | A | |
| 14. FPA New Income Inc | A | Dividend | K | T | | | | | |
| 15. | A | Interest | J | T | | | | | |
| 16. Capital One Bank (X) | | None | J | T | | | | | |
| 17. JANUS Worldwide Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JANUS Balanced Fund | B | Distribution | K | T | | | | | |
| 19. Dreyfus Strategic Value Fund | B | Dividend | | | Sold | 09/07/11 | L | | |
| 20. Inland Western Real Estste Trust | A | Distribution | K | T | | | | | |
| 21. American Electric Power Common Stock | A | Dividend | J | T | | | | | |
| 22. Cleco Corp New | A | Dividend | | | Sold | 05/16/11 | K | | |
| 23. Capital One Fin. Corp Com | A | Dividend | J | T | | | | | |
| 24. Citigroup, Inc Com | A | Dividend | J | T | | | | | |
| 25. Eli Lilly & Co Com | A | Dividend | | | Sold | 05/16/11 | J | | |
| 26. Medco Health Solutions Inc Com | | None | J | T | | | | | |
| 27. Merck & Co New Com | A | Dividend | | | Sold | 05/16/11 | J | | |
| 28. Reynolds Amern Inc Com | A | Dividend | J | T | | | | | |
| 29. Southern Co Com | A | Dividend | K | T | | | | | |
| 30. Travelers Cos Inc Com | A | Dividend | J | T | | | | | |
| 31. XCEL Energy Inc Com | A | Dividend | J | T | | | | | |
| 32. Calamos Growth & Income Fund Class C | A | Dividend | J | T | | | | | |
| 33. Capital Income Builder Fund Class A | A | Dividend | J | T | | | | | |
| 34. Diamond Hill Long Short Fund | A | Dividend | | | Sold | 09/07/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FPA New Income Inc Com | A | Dividend | J | T | Sold (part) | 12/21/11 | J | | |
| 36. First Eagle Fund Of America Class A | A | Dividend | | | Sold | 09/07/11 | J | | |
| 37. Franklin Income Fund Class C | B | Dividend | | | Sold | 09/07/11 | K | | |
| 38. The Income Fund of America Class C | A | Dividend | J | T | | | | | |
| 39. Mutual Series Shares Class A | A | Dividend | | | Sold | 09/07/11 | J | | |
| 40. Templeton Income Fund Class C | A | Dividend | J | T | | | | | |
| 41. Thornburg Investment Income Builder Fund Class A | A | Dividend | J | T | | | | | |
| 42. Sunamerica Money Market Fund | A | Interest | J | T | | | | | |
| 43. FDIC Insured Deposits Program | A | Interest | J | T | | | | | |
| 44. Brokerage Money Market | A | Interest | J | T | Open | 02/17/11 | J | | |
| 45. Brokerage Money Market | A | Interest | | | Sold (part) | 04/15/11 | J | | |
| 46. Brokerage Money Market | A | Interest | | | Spinoff (from line 22) | 05/20/11 | K | | |
| 47. Vanguard Bond Index Fund, Inc. | A | Dividend | K | T | Buy | 09/07/11 | K | | |
| 48. Vanguard Whitehall Funds, Inc. | A | Dividend | K | T | Buy | 09/07/11 | K | | |
| 49. Brokerage Money Market | A | Interest | K | T | Sold (part) | 10/14/11 | J | | |
| 50. ishares TR DJ Intl Sel Divd | A | Dividend | J | T | Buy | 09/07/11 | J | | |
| 51. ishares TR S&P Moderate | A | Dividend | K | T | Buy | 09/07/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drell, Dee D.** | 06/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

From Part VII, line 1: Value based on non-consummated offer to purhcase

From Part VII, lines 6 and 7. : In regard to Equitable Variable Life Ins. Co and Provident Life & Accident Insurance Company. Both are universal or variable life policies. Value code reported for both is net value of unloaned portion of "Guaranteed Interest" Account..

From Part VII, line 46. Actually is spinoff from sales in lines 22, 25 and 27. Insufficient room in form for complete entry.

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 06/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dee D. Drell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544